# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR ALVAREZ,<br><br>               Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>               Defendant. | Case No. CV 12-03503-ODW (JEM)<br><br>J U D G M E N T |

      In accordance with the Report and Recommendation of United States Magistrate Judge accepted by the Court,

      IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and this matter REMANDED for further proceedings in accordance with this Report and Recommendation and with law.

DATED: March 29, 2013

                                        OTIS D. WRIGHT, II
                              UNITED STATES DISTRICT JUDGE