UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR ALVAREZ,<br><br>        Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. CV 12-03503-ODW (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Complaint, Plaintiff's Motion for Attorney's Fees, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

      IT IS ORDERED that Plaintiff's Motion for Attorney's Fees is GRANTED. Plaintiff is awarded $26,108.75 in attorney's fees. Plaintiff's counsel, upon receipt of the $26,108.75 in attorney's fees, is ORDERED to reimburse Plaintiff the amount of $5,800 in EAJA fees awarded on May 16, 2013.

DATED: January 7, 2016

                                                        OTIS D. WRIGHT, II<br>                                         UNITED STATES DISTRICT JUDGE